

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AW/NCG
F. #202R00331

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 19, 2022

<u>By ECF</u>

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Robert Cruz
     <u>Criminal Docket No. 20-206 (WFK)</u>

Dear Judge Kuntz:

  The government respectfully submits this letter to request a status conference in the above-referenced case for December 2, 2022 at the Court's convenience. The government and defense counsel jointly request an order of excludable delay until the next status conference to allow for the review of discovery and to engage in plea negotiations. <u>See</u> 18 U.S.C. § 3161(h)(7)(A) (excluding from the 70-day period between the return of an indictment and the commencement of trial any time that the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By:   /s/
         Andrew Wang
         Nina Gupta
         Assistant U.S. Attorney
         (718) 254-6257

cc: Michael Padden, Esq. (by ECF)