UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

**ORDER**
20-CR-206 (WFK)

ROBERT CRUZ,

               Defendant.
-----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In response to the letter filed by the Government at ECF No. 47, the Court SCHEDULES a status conference for Friday, December 2, 2022 at 1:30 P.M. in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II. Upon the joint application of the parties, in the interest of justice and to provide the parties time to review discovery and to conduct ongoing plea negotiations, time is excluded under the Speedy Trial Act from July 28, 2022 *nunc pro tunc* through and including December 2, 2022.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2022
       Brooklyn, New York